178 F.3d 1280
 Regis R. Tyber
v.
County of Westmoreland, Betsy Griffin, Director of Human
Resources of Westmoreland County, Paul S. Kuntz, Court
Administrator of Tenth Judicial District of Pennsylvania,
Tenth Judicial District of Pennsylvania, Charles E. Marker,
Bernard Scherer, Richard E. McCormick, Jr., Daniel J.
Ackerman, Charles H. Loughran, John E. Blahovec, Debra A.
Pezze, Gary P. Caruso, John J. Driscoll, Gilbert M. Mihalich
 NO. 98-3357
 United States Court of Appeals,
Third Circuit.
 March 04, 1999
 Appeal From: W.D.Pa. ,No.9602020
 
 1
 Affirmed.